UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**James E. Engstrom, et al.**

  **Plaintiff,**

**vs.**

**Air Line Pilots Association International, et al.**

  **Defendants.**

Case No.: 1:23-cv-15792
Honorable Matthew F. Kennelly

## NOTICE OF WITHDRAWAL OF APPEARANCE

Molly K. Mullen, of the law firm WILSON MCCOY, P.A., pursuant to Local Rule 83.17, hereby gives notice of her withdrawal as counsel for the Plaintiffs, James E. Engstrom, et al. Nathan McCoy of the same law firm WILSON MCCOY, P.A., will continue as counsel for said Plaintiffs and will serve as Lead Counsel, and should continue to be served in this case.

Respectfully submitted this 11th day of January, 2024.

            */s/ Molly Mullen*
            Nathan McCoy, Esq. (pro hac vice)
            Molly Mullen (pro hac vice)
            WILSON MCCOY, P.A.
            100 E. Sybelia Ave, Ste. 205
            Maitland, Florida 32751
            Telephone: (407) 803-5400
            Facsimile: (407) 803-4617
            E-Mail:
            nmccoy@wilsonmccoylaw.com
            mmullen@wilsonmccoylaw.com

pleadings@wilsonmccoylaw.com

## CERTIFICATE OF SERVICE

Molly Mullen, an attorney, hereby certifies that on January 11, 2024, she caused a copy of the foregoing **Notice of Withdrawal of Appearance** to be electronically filed with the Clerk of the Court, using the Court's CM/ECF system, and by causing same to be served electronically to counsel listed below:

James K. Lobsenz (*pro hac vice*)
Joshua J. Ellison (*pro hac vice*)
AIR LINE PILOTS ASSOCIATION, INTERNATIONAL
Legal Department
7950 Jones Branch Drive, Suite 400S
McLean, VA 22102
Tel.: (703) 481-2423
Fax: (703) 481-2478
Jim.Lobsenz@alpa.org
Joshua.Ellison@alpa.org

Shanthi V. Gaur, Bar No. 06224996
sgaur@littler.com
Angela R. Huisingh, Bar No. 6319257
ahuisingh@littler.com
LITTLER MENDELSON, P.C.
321 North Clark Street Suite 1100
Chicago, IL 60654
Telephone: 312.372.5520
Facsimile: 312.372.7880

*/s/ Molly Mullen*
Molly Mullen